COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-204-CV

IN RE JEFFREY D. WESTBROOK RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and petition for temporary restraining order or preliminary injunction and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

JOHN CAYCE

CHIEF JUSTICE

PANEL  A:  CAYCE, C.J.; WALKER and MCCOY, JJ. 

WALKER, J. would grant.

DELIVERED:  June 5, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.